1
2
3
4
5
6
7

**FILED**
CLERK, U.S. DISTRICT COURT

08/30/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____AP_____ DEPUTY

8              UNITED STATES DISTRICT COURT

9          FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                March 2023 Grand Jury

11   UNITED STATES OF AMERICA,        ED CR No. 5:23-cr-00169-SPG

12          Plaintiff,               I N D I C T M E N T

13          v.                       [18 U.S.C. §§ 2251(a), (e):
                                      Production of Child Pornography;
14   MATTHEW DANIEL JOHNSON,          18 U.S.C. §§ 2252A(a)(2), (b)(1):
        aka "anon,"                   Receipt and Distribution of Child
15                                    Pornography; 18 U.S.C.
            Defendant.                §§ 2252A(a)(5)(B), (b)(2):
16                                    Possession of Child Pornography;
                                      18 U.S.C. § 2253:  Criminal
17                                    Forfeiture]

18

19        The Grand Jury charges:

20                COUNTS ONE THROUGH ELEVEN

21             [18 U.S.C. §§ 2251(a), (e)]

22        On or about the following dates, in Riverside County, within

23   the Central District of California, defendant MATTHEW DANIEL

24   JOHNSON, also known as "anon," knowingly employed and used the

25   following minors, who had not attained the age of 18 years, to

26   engage in sexually explicit conduct, as defined in Title 18, United

27   States Code, Section 2256(2)(A), for the purpose of producing a

28   visual depiction of such conduct, which visual depiction was

produced and transmitted using materials that had been mailed,

shipped, and transported in and affecting interstate and foreign

commerce by any means, including by computer:

| COUNT | DATE | MINOR VICTIM(S) |
|---|---|---|
| ONE | On an unknown date between January 1, 2017 and March 4, 2020 | Minor Victim 1 |
| TWO | October 28, 2019 | Minor Victim 2 |
| THREE | October 29, 2019 | Minor Victim 3 |
| FOUR | November 21, 2019 | Minor Victim 4 |
| FIVE | December 11, 2019 | Minor Victim 5 |
| SIX | December 18, 2019 | Minor Victim 6 |
| SEVEN | January 13, 2020 | Minor Victim 2 |
| EIGHT | January 15, 2020 | Minor Victim 7 |
| NINE | January 15, 2020 | Minor Victims 8 and 9 |
| TEN | January 25, 2020 | Minor Victim 10 |
| ELEVEN | January 20, 2020 | Minor Victim 11 |

COUNT TWELVE

[18 U.S.C. §§ 2252A(a)(2), (b)(1)]

On or about November 20, 2019, in San Bernardino County, within the Central District of California, defendant MATTHEW DANIEL JOHNSON, also known as "anon," knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and which had been mailed, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography.

The child pornography that defendant JOHNSON distributed consisted of the following videos:

1.    "[boy + man] Max 10yo boy and his uncle very hot.avi"; and

2.    "Little Bondage part 1 – 10yo Boy and Men boy fuck extreme – Gay Pedo Pthc.avi".

COUNT THIRTEEN

[18 U.S.C. §§ 2252A(a)(2), (b)(1)]

On or about March 1, 2020, in San Bernardino County, within the Central District of California, defendant MATTHEW DANIEL JOHNSON, also known as "anon," knowingly received, on a Toshiba laptop with Serial Number 9F164630C, child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, and which had been mailed, and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, knowing that the videos were child pornography.

The child pornography that defendant JOHNSON received consisted of the following videos:

1.    "[boy+man] uncle babysit 10";

2.    "man ass fucks 12yo boy cums in mouth.mp4"; and

3.    "skype - cute brit boy jizzy jizz on his body(boywankers).mp4".

1        COUNT FOURTEEN

2     [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

3        On or about March 4, 2020, in San Bernardino County, within the

4    Central District of California, defendant MATTHEW DANIEL JOHNSON,

5    also known as "anon," knowingly possessed a Toshiba laptop with

6    Serial Number 9F164630C containing at least one image of child

7    pornography, as defined in Title 18, United States Code, Section

8    2256(8)(A), involving a prepubescent minor and a minor who had not

9    attained 12 years of age, that had been mailed and shipped and

10   transported using any means and facility of interstate and foreign

11   commerce and in and affecting interstate and foreign commerce by any

12   means, including by computer, and that had been produced using

13   materials that had been shipped and transported in and affecting

14   interstate and foreign commerce by any means, including by computer,

15   knowing that the images and videos were child pornography.

16       The child pornography that defendant JOHNSON possessed

17   consisted of the following videos titled:

18       1.    "boy+boy s8 (f) loverboys 11 yo boys – pedo gay pthc

19   boy.lnk";

20       2.    "!!!!!!!!! [boy+man] sasha 12 yo boyfuck video!

21   (best!).avi";

22       3.    "[m+b] 5yo boy takes cock up the butt (man, boy, boylove,

23   toddler, anal, pedo, gay).mp4";

24       4.    "Pedo boy- Cristian is on his back taking all of a mans

25   hard cock Only 10yo – PTHC GAY Anal Colombia.avi";

26       5.    "f60ec990-9ac6-4218-aa25-b20f98535ded.mpg"; and

27       6.    "boyfuck - man fucks his boy jared 11y in bathtub.avi".

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FORFEITURE ALLEGATION

[18 U.S.C. § 2253]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 2253, in the event of the defendant's conviction of the offenses set forth in any of Counts One through Fourteen of this Indictment.

2.    The defendant, if so convicted, shall forfeit to the United States of America the following property:

(a)    All right, title, and interest in any visual depiction involved in any such offense, or any book, magazine, periodical, film videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received and involved in any such offense;

(b)    All right, title, and interest in any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense;

(c)    All right, title, and interest in any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property; and

(d)    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 2253(b), the defendant, if so convicted, shall forfeit substitute property,

up to the total value of the property described in the preceding

paragraph if, as the result of any act or omission of the defendant,

the property described in the preceding paragraph, or any portion

thereof: (a) cannot be located upon the exercise of due diligence;

(b) has been transferred, sold to or deposited with a third party;

(c) has been placed beyond the jurisdiction of the court; (d) has

been substantially diminished in value; or (e) has been commingled

with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
_____
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SEAN D. PETERSON
Assistant United States Attorney
Chief, Riverside Branch Office

SONAH LEE
Assistant United States Attorney
Riverside Branch Office